# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROLAND SANDERS, JR., | No. CV 12-5646-MWF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| P.D. BRAZELTON, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 21, 2012

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE